UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

          Plaintiff,

    v.

CHRIS WRIGHT,

          Defendant.

Case No.  26-cv-02500-RS

**ORDER TO SHOW CAUSE RE VENUE**

In this action plaintiff the State of California challenges an order issued on March 13, 2026, by defendant Chris Wright in his official capacity as Secretary of the U.S. Department of Energy, directing a pipeline operator to restart operation of certain petroleum pipelines, pursuant to the Defense Production Act (DPA). The pipelines in question are located in Santa Barbara and Kern counties in California.

Plaintiff's complaint alleges venue in this district is proper under 28 U.S. § 1391(b)(3), the "fall back" venue provision applicable when there is <u>no</u> appropriate venue under section (b)(1) ("a judicial district in which any defendant resides"), or (b)(2) ("a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.").

At least at first blush, however, venue here appears proper in the Central District and/or the Eastern District, given allegations that the claim arises from events there. If venue is proper in either or both of those districts, then it is not proper here under the "fall back" provision of 28 U.S.

United States District Court
Northern District of California

§ 1391(b)(3).

Accordingly, unless plaintiff elects to dismiss this action (without prejudice) and refile in the Central, or possibly the Eastern District, plaintiff shall submit within one week of the date of the entry of this order, a brief showing cause why this action should not be dismissed, without prejudice, for improper venue.

**IT IS SO ORDERED**.

Dated: March 24, 2026

_____

RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California