AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| STATE OF CALIFORNIA<br><br>*Plaintiff(s)*<br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:26-cv-02500-RS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Chris Wright, in his official capacity as Secretary of the U.S. Department of Energy
Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102
(See Attachment 1 for Additional Defendants and Addresses)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    California Department of Justice
Office of the Attorney General
Attn: Dennis Beck and Rebecca Hunter
P.O. Box 944255
Sacramento, CA 94244-2550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        03/24/2026

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STATE OF CALIFORNIA**,

                                                                    Plaintiff,

                                        v.

**CHRIS WRIGHT**, in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY**,

                                                                    Defendants.

**ATTACHMENT 1 TO SUMMONS IN A CIVIL ACTION**

ADDITIONAL DEFENDANTS AND ADDRESSES:

Defendant Chris Wright
U.S. Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

Defendant United States Department of Energy
Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102

U.S. Department of Energy
1000 Independence Ave., SW
Washington, DC 20585