ROB BONTA
Attorney General of California
ANNADEL A. ALMENDRAS (SBN 192064)
Senior Assistant Attorney General
DEBORAH M. SMITH (SBN 208960)
Acting Senior Assistant Attorney General
(application forthcoming)
DENNIS L. BECK, JR. (SBN 179492)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
(application forthcoming)
REBECCA HUNTER (SBN 356311)
(application forthcoming)
Deputy Attorneys General
CALIFORNIA DEPARTMENT OF JUSTICE
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone:  (916) 210-7801
  Fax:  (916) 327-2319
  E-mail:  Dennis.Beck@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 3:26-cv-02500-RS |
| *Plaintiff,* | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| **CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,** | |
| *Defendants.* | |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff State of California ("Plaintiff") respectfully submits this notice of voluntary dismissal of this action in its entirety without prejudice.

Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. A summons has not been issued in this action, and Defendants have not filed responsive pleadings, including an answer or motion for summary judgment.

The complaint in this action was filed with this Court on March 23, 2026. On March 24, 2026, the Honorable Richard Seeborg entered an order to show cause ("OSC") regarding venue. In the OSC, Judge Seeborg raised concerns about whether the Northern District is the proper venue for this action—instead of the Central District, or perhaps even the Eastern District, of California—given the allegations in the complaint. Judge Seeborg ordered that "unless plaintiff elects to dismiss this action (without prejudice) and refile in the Central, or possibly the Eastern District, plaintiff shall submit within one week of the date of the entry of this order, a brief showing cause why this action should not be dismissed, without prejudice, for improper venue." (Order, pg. 2.)

After due consideration of Judge Seeborg's OSC, Plaintiff has elected to voluntarily dismiss this action without prejudice and to refile the action in the United States District Court in a different judicial district of California.

Dated: March 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

DENNIS L. BECK, JR.
Supervising Deputy Attorney General
*Attorneys for Plaintiff State of California*

Notice of Voluntary Dismissal Without Prejudice; 3:26-cv-02500-RS